**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHELL STORES CORPORATION
d/b/a JOY ENTERPRISES,

      Plaintiff,

v.                                            Case No. 6:05-cv-456-Orl-31JGG

Y & Y IMPORTS, INC., NUZHAT SHABBIR
and SHABBIR SHEIKH,

      Defendants.
_____/

**FINAL CONSENT JUDGMENT**

Upon consideration of the Stipulation for Entry of Final Consent Judgment (Doc. 32), it is

**ORDERED and ADJUDGED** that:

1.     This Court has jurisdiction over the subject matter and the named parties herein to this action, and venue of this action is properly brought in this District.

Defendants, and their officers, agents, servants and employees, and all other persons or companies in active concert or participation with them, are hereby permanently enjoined and restrained from:

      (a)     Using in any manner the trademarks FORY, FORY TRIUMPH or any other trademarks or designations which are confusingly similar to Shell's registered trademark FURY in connection with the offer to sell or sale of any goods or services;

      (b)     Using in any manner the name JOY ENTERPRISES or any other trade name or designation which is confusingly similar to Shell's trade name JOY

ENTERPRISES in connection with the offer to sell or sale of any goods or services; and

(c)     Using in any manner packaging which is similar to the packaging in which Shell sold its knives under the trademark FURY TRIUMPH, and in which Shell continues to sell its knives under the trademark FURY as shown in Exhibits A and B attached hereto.

3.     This Final Consent Judgment shall be binding upon all of the parties hereto and their officers, agents, servants, employees, representatives, heirs, successors, assigns, and any and all affiliated companies or individuals.

4.     This Court shall retain jurisdiction over the parties for the purposes of enforcing this Final Consent Judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 20, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

-2-